AO 93 (Rev. 01/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Residence located at 935 Somerset Drive, Charleston, WV and more particularly described in Attachment A. | )<br>)<br>)   Case No.  2:10-mj-00044<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Southern     District of   West Virginia
*(identify the person or describe the property to be searched and give its location):*

See Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*

See Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before     March 28, 2010
*(not to exceed 10 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Mary E. Stanley
     *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*
     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _March 26, 2010 4:43 pm_     _Mary E. Stanley_
     *Judge's signature*

City and state:  Charleston, West Virginia       Mary E. Stanley, United States Magistrate Judge
     *Printed name and title*

AO 93  (Rev. 01/09) Search and Seizure Warrant (Page 2)

### Return

| Case No.: 2:10-mj-00044 | Date and time warrant executed: 3-26-2010  1700 | Copy of warrant and inventory left with: ANGIE WAGNER |
|---|---|---|

Inventory made in the presence of:
ANGIE WAGNER  SA NEGRO  SGT WINKLER

Inventory of the property taken and name of any person(s) seized:

1) UN-DETERMINED AMOUNT OF U.S. CURRENCY - TRASH CAN KITCHEN - B.N.
2) UN-DETERMINED AMOUNT OF U.S. CURRENCY - STATUE - DINING ROOM - B.N.
3) UN-DETERMINED AMOUNT OF U.S. CURRENCY - BASEMENT  BN
4) UN-DETERMINED AMOUNT OF U.S. CURRENCY - BASEMENT  BN
5) UN-DETERMINED AMOUNT OF U.S. CURRENCY - BASEMENT  BN
6) UN-DETERMINED AMOUNT OF U.S. CURRENCY - BASEMENT  BN
7) UN-DETERMINED AMOUNT OF U.S. CURRENCY - BASEMENT  B.N.
8) UN-DETERMINED AMOUNT OF U.S. CURRENCY - KITCHEN CABINET  BN
9) UN-DETERMINED AMOUNT OF U.S. CURRENCY - BASEMENT  BN
10) UN-DETERMINED AMOUNT OF U.S. CURRENCY - BASEMENT  B.N.
11) UN-DETERMINED AMOUNT OF U.S. CURRENCY - BASEMENT  B.N.
12) UN-DETERMINED AMOUNT OF U.S. CURRENCY - BASEMENT  BN
13) SUSPECTED BAGGIES OF MARIJUANA - B-ROOM - DM
14) SUSPECTED MARIJUANA IN ALUMINUM FOIL & BAGGY - KIT. FREEZER  DM
15) (6) SAFETY DEPOSIT BOX KEYS - KIT. FREEZER  DM
16) MISC PAPERS

FILED
APR - 1 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3-26-2010

Executing officer's signature

TFO JAMES C POWELL
Printed name and title

ATTACHMENT A

Residence of ANGELA WAGNER Hanna located at 935 Somerset Drive, Charleston, West Virginia 25302.

The residence is a two-story house with gray siding and maroon shutters and front door. There are gold-colored porch lights on either side of the front door and a gold-colored mailbox affixed to the front of the house. There is an attached car port.

ATTACHMENT B

Evidence, fruits, and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1), 846, and 853 including but not limited to:

-Controlled substances and materials used in the packaging, weighing, consumption and distribution of controlled substances along with other "tools of the trade" such as firearms, police scanners, video and other security or surveillance equipment;

-Documents and other records such as ledgers, books, receipts, notes, and other papers relating to the transportation, purchase, storage, and distribution of controlled substances;

-Documents and other records relating to domestic and international travel;

-Documents and other records or papers relating to ownership, maintenance, transfer, expenditure, or concealment of assets such as real property, cash, letters of credit, checks, money orders, coins, or other negotiable instruments, precious metals, jewelry, stocks, bonds, and other investments;

-Documents or other papers containing names and contact information of individuals supplying or purchasing controlled substances;

-Documents or other items relating to occupancy, rental and/or ownership of the premises described herein, including but not limited to, utility bills, cancelled envelopes, lease or purchase agreements, and keys;

-Photographs, video tapes, or equivalent electronic media containing images of controlled substances, co-conspirators, customers, or assets representing the proceeds or used to facilitate drug offenses;

-Contents of mobile telephone, handheld communication devices, or other items containing telephone numbers, call logs, stored text messages and the like relating to drug transactions or other drug trafficking activity;